In the Matter of the Transfer Tax upon the Estate of CHARLES STEWART BRAISTED, Deceased.— Preference granted for March 10, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUFACTURERS FINANCE CORPORATION v. GEORGE W. WOOD, INC., and Others.— Preference granted for March 11, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY M. E. DEANE and Others v. SIMON SARNOFF and Others.— Preference granted for April 5, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS COLLADO.— Preference granted for March 11, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMMA L. BUSH and Another v. A. GORDON MURRAY and Others.— Motion granted unless respondents' points are served and filed on or before March 18, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH HAAG v. THE CITY OF NEW YORK.— Preference granted for March 15, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE ROYAL BANK OF CANADA v. MANUEL LOPEZ, Trading under the Name cf LOPEZ & COMPANY.— Motion granted on condition that the appellant procure the appeal to be argued or submitted on the 18th day of March, 1927.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FIFTY-NINTH STREET-MADISON AVENUE COMPANY, Respondent, v. MOVING PICTURE MACHINE OPERATORS UNION LOCAL No. 306 OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH LICHTENTHAL and Another, Respondents, v. JACOB COHEN and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JONES HARDWARE CORPORATION, Appellant, v. LOUIS BERNSTEIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR J. GANLEY, Respondent, v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Settle order on notice.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.